MARY JANE BALSER v. JEREMIAH W. BALSER, SR.
(5947)

BORDEN, DALY and NORCOTT, Js.
Argued May 12—decision released May 19, 1988

*Dianne M. Andersen,* with whom, on the brief, was *Melissa A. Grauel,* for the appellant (plaintiff).

*Thomas W. Beecher,* for the appellee (defendant).

PER CURIAM. There is no error.

J. M. ROSA CONSTRUCTION COMPANY, INC. v.
THE CONNECTICUT WATER COMPANY
(5864)

BORDEN, DALY and NORCOTT, Js.
Argued May 11—decision released May 19, 1988

*James N. Royster,* with whom, on the brief, was *Steven B. Kaplan,* for the appellant (plaintiff).

*John Crosskey,* with whom, on the brief, was *Stefan Underhill,* for the appellee (defendant).

PER CURIAM. There is no error.